UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80320-CIV-CANNON

**CYBER CODERS, INC.**, a California Corporation,

      Plaintiff,

 v.

**CHARLES COOKE**, an individual, and **NICOLAS BENEDETTO**, an individual,

      Defendants.

## DECLARATION OF CHARLES COOKE

 I, Charles Cooke, a named defendant in this proceeding, verify that I have read the "DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO CONDUCT EXPEDITED DISCOVERY" dated March 21, 2025, and the facts set forth in the Section Entitled "Relevant Facts" therein are true and correct to the best of my knowledge, information, and belief, except for legal conclusions for which I expressly defer to Defendants' counsel.

 In addition, attached hereto as Exhibit A is the employment offer letter that I signed on or about June 27, 2024 described in the above-referenced memorandum, exclusive of the monetary compensation terms that followed it, which I can supply at a later time.

 In addition, attached hereto as Exhibit B is the employment offer letter that I subsequently signed in December 2024 referenced in the above-referenced memorandum, exclusive of the

monetary compensation terms that followed it, which I can supply at a later time. I am not in possession of the version that was signed by me, but I do recall that I signed that agreement, potentially with a different date on it but otherwise the same agreement, in December 2024.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025

Signed by:

*Charles Cooke*
937F408E86504E9...

Charles Cooke



**Search. Apply. Done.**
101 Progress, Suite 100, Irvine, CA 92618  |  Phone 949.885.5151 | Fax 949.885.5150

June 26, 2024

Charles Cooke

Offer Letter sent via email to: chuck.cooke@cybercoders.com

We're glad you're continuing to develop your career within CyberCoders and our commitment to help you do that is as strong today as ever. This paperwork outlines the changes made to your title and commission structure as of July 1, 2024. This confidential letter outlines the changes to your compensation structure and supersedes any prior representations with respect to these items in your original offer letter and any subsequent change letters.

At CyberCoders, our mission is to change lives one connection at a time. Together, we will elevate careers through innovation and create relationships to drive opportunities that empower businesses to impact our world.

As a team member, we will always offer you the support and resources you need to uphold and further our mission and core values of:

- Collaboration
- Achievement
- Innovation
- Recognition
- Authenticity

We are committed to promoting diversity, equity, inclusion, and justice by creating opportunities for all to succeed and fulfill their potential - especially you.

Lastly, we want to mention that you're here because of your drive to be the best, and we're here to make sure you get there.

## Compensation

As a VP of Recruiting, you will earn a base salary at the annual rate of $200,000 subject to withholdings and deductions. You will be paid bi-weekly in accordance the existing pay cycle.  You are classified as an exempt employee and therefore you will not receive overtime pay. Although certain components of your compensation are expressed as annualized amounts, your gross compensation per two-week pay period will be determined by dividing the annualized amounts by 26. Salary will be prorated to reflect the actual beginning and ending dates of employment as necessary.

You will also be eligible to earn additional compensation pursuant to the terms and conditions of the Commission Agreement and Bonus Plan attached.

## Timekeeping

The proper and prompt recording of time in our electronic timekeeping system is extremely important to CyberCoders. It is critical to CyberCoders and to you that you report all your time worked accurately, so that CyberCoders can ensure you are properly paid for all your time worked.

COLLABORATION  |  ACHIEVEMENT  |  INNOVATION  |  RECOGNITION  |  AUTHENTICITY



Page **1** of **3**



101 Progress, Suite 100, Irvine, CA 92618  |   Phone 949.885.5151  | Fax 949.885.5150

### "At-Will" Employment

Employment with CyberCoders is "at-will." This means that your employment is not for any specified period of time and can be terminated by you or CyberCoders at any time, with or without advance notice, and with or without reason or cause. No facts or circumstances arising out of your employment, including length of employment or any express or implied statements, can alter the at-will employment relationship. Additionally, your job duties, title, responsibilities, reporting level, compensation and benefits, as well as CyberCoders personnel policies and procedures, may be changed prospectively at any time in the sole discretion of CyberCoders. This "at-will" nature of your employment may only be changed by an express written agreement signed by CyberCoders' President or Chief Operating Officer.

### Obligations to CyberCoders and Prior Employers

During your employment and to the maximum extent permitted by applicable law, you shall devote your best efforts and entire business time and attention to CyberCoders' business, and you shall not provide services to, be employed by or have any interest in any business activity of or for the benefit of any person or entity other than CyberCoders unless authorized by CyberCoders. You also shall not have any interest in any business activity, entity, company or person that engages in or is planning to engage in CyberCoders' business, that does business with CyberCoders, or whose business dealings would otherwise create a conflict of interest, except as otherwise approved in writing by CyberCoders, which approval CyberCoders may in its absolute discretion withhold. To the extent you have continuing obligations to prior employer(s), we also want you to know that, should such prior employer challenge your hire or employment with CyberCoders based on those obligations, we would not provide your defense (because that is an agreement between you and them), and we might have to terminate your employment.

### Entire Agreement

This offer letter contains CyberCoders and your entire understanding regarding the at-will nature of your employment, your compensation, benefits, and other terms as referenced herein, and supersedes any and all prior representations regarding such matters.

This offer of employment is good as long as it is signed and sent back via DocuSign within three days of the date of this offer.

On behalf of the management team, I would like to say that we are both excited and pleased with your contributions to CyberCoders.  If you have any questions, please do not hesitate to contact me directly.

*[signature]*

Ben di Grazia, Chief Operating Officer                6/26/2024
CyberCoders, Inc.

BY SIGNING THIS LETTER, I ACKNOWLEDGE THAT I HAVE READ ITS CONTENTS, THAT I UNDERSTAND IT AND THAT I AGREE TO COMPLY WITH ITS TERMS.  I UNDERSTAND THAT I AM EMPLOYED AT-WILL AND THAT

COLLABORATION  |  ACHIEVEMENT  |  INNOVATION  |  RECOGNITION  |  AUTHENTICITY

Page **2** of **3**





**Search. Apply. Done.**

101 Progress, Suite 100, Irvine, CA 92618   |   Phone 949.885.5151   | Fax 949.885.5150

CYBERCODERS OR I MAY TERMINATE MY EMPLOYMENT AT ANY TIME AND FOR ANY REASON OR NO REASON WITHOUT PRIOR NOTICE.

DocuSigned by:

_Charles Cooke_____        6/27/2024
EC5B260A41054B8...
Signature                                                           Date

EXHIBIT B



101 Progress, Suite 100, Irvine, CA 92618   |   Phone 949.885.5151  | Fax 949.885.5150

Search. Apply. Done.

December 13, 2024

Charles Cooke

Offer Letter sent via email to: chuck.cooke@cybercoders.com

We're glad you're continuing to develop your career with CyberCoders and our commitment to help you do that is as strong today as ever. This paperwork outlines the changes to your compensation structure effective January 1, 2025 and supersedes any prior representations with respect to these items in your original offer letter and any subsequent change letters.

At CyberCoders, our mission is to change lives one connection at a time. Together, we will elevate careers through innovation and create relationships to drive opportunities that empower businesses to impact our world.

As a team member, we will always offer you the support and resources you need to uphold and further our mission and core values of:

- Collaboration
- Achievement
- Innovation
- Recognition
- Authenticity

We are committed to promoting diversity, equity, inclusion, and justice by creating opportunities for all to succeed and fulfill their potential - especially you.

Lastly, we want to mention that you're here because of your drive to be the best, and we're here to make sure you get there.

<u>Compensation</u>

As a VP of Recruiting, you will earn a base salary at the annual rate of $200,000 subject to withholdings and deductions. You will be paid bi-weekly in accordance the existing pay cycle.  You are classified as an exempt employee and therefore you will not receive overtime pay. Although certain components of your compensation are expressed as annualized amounts, your gross compensation per two-week pay period will be determined by dividing the annualized amounts by 26. Salary will be prorated to reflect the actual beginning and ending dates of employment as necessary.

You will also be eligible to earn additional compensation pursuant to the terms and conditions of the Commission Agreement and Bonus Plan attached.

<u>Timekeeping</u>

The proper and prompt recording of time in our electronic timekeeping system is extremely important to CyberCoders. It is critical to CyberCoders and to you that you report all your time worked accurately, so that CyberCoders can ensure you are properly paid for all your time worked.

COLLABORATION  |  ACHIEVEMENT  |  INNOVATION  |  RECOGNITION  |  AUTHENTICITY

Page **1** of **3**



101 Progress, Suite 100, Irvine, CA 92618  |  Phone 949.885.5151 | Fax 949.885.5150

### "At-Will" Employment

Employment with CyberCoders is "at-will." This means that your employment is not for any specified period of time and can be terminated by you or CyberCoders at any time, with or without advance notice, and with or without reason or cause. No facts or circumstances arising out of your employment, including length of employment or any express or implied statements, can alter the at-will employment relationship. Additionally, your job duties, title, responsibilities, reporting level, compensation and benefits, as well as CyberCoders personnel policies and procedures, may be changed prospectively at any time in the sole discretion of CyberCoders. This "at-will" nature of your employment may only be changed by an express written agreement signed by CyberCoders' President or Chief Operating Officer.

### Obligations to CyberCoders and Prior Employers

During your employment and to the maximum extent permitted by applicable law, you shall devote your best efforts and entire business time and attention to CyberCoders' business, and you shall not provide services to, be employed by or have any interest in any business activity of or for the benefit of any person or entity other than CyberCoders unless authorized by CyberCoders. You also shall not have any interest in any business activity, entity, company or person that engages in or is planning to engage in CyberCoders' business, that does business with CyberCoders, or whose business dealings would otherwise create a conflict of interest, except as otherwise approved in writing by CyberCoders, which approval CyberCoders may in its absolute discretion withhold. To the extent you have continuing obligations to prior employer(s), we also want you to know that, should such prior employer challenge your hire or employment with CyberCoders based on those obligations, we would not provide your defense (because that is an agreement between you and them), and we might have to terminate your employment.

### Entire Agreement

This offer letter contains CyberCoders and your entire understanding regarding the at-will nature of your employment, your compensation, benefits, and other terms as referenced herein, and supersedes any and all prior representations regarding such matters.

This offer of employment is good as long as it is signed and sent back via DocuSign within three days of the date of this offer.

On behalf of the management team, I would like to say that we are both excited and pleased with your contributions to CyberCoders. If you have any questions, please do not hesitate to contact me directly.

*[signature]*

Ben di Grazia, Chief Operating Officer                    12/13/2024
CyberCoders, Inc.

Docusign Envelope ID: 7759AFE7-6A65-4145-8B04-C56301D94A09



101 Progress, Suite 100, Irvine, CA 92618  |  Phone 949.885.5151 | Fax 949.885.5150

BY SIGNING THIS LETTER, I ACKNOWLEDGE THAT I HAVE READ ITS CONTENTS, THAT I UNDERSTAND IT AND THAT I AGREE TO COMPLY WITH ITS TERMS.  I UNDERSTAND THAT I AM EMPLOYED AT-WILL AND THAT CYBERCODERS OR I MAY TERMINATE MY EMPLOYMENT AT ANY TIME AND FOR ANY REASON OR NO REASON WITHOUT PRIOR NOTICE.

_____     _____
Signature                                                                                         Date

COLLABORATION  |  ACHIEVEMENT  |  INNOVATION  |  RECOGNITION  |  AUTHENTICITY