UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80320-CIV-CANNON

**CYBER CODERS, INC.**, a California Corporation,

            Plaintiff,

  v.

**CHARLES COOKE**, an individual, and **NICOLAS BENEDETTO**, an individual,

            Defendants.

## DECLARATION OF NICOLAS BENEDETTO

I, Nicolas Benedetto, a named defendant in this proceeding, verify that I have read the "DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO CONDUCT EXPEDITED DISCOVERY" dated March 21, 2025, and the facts set forth in the Section Entitled "Relevant Facts" therein are true and correct to the best of my knowledge, information, and belief, except for legal conclusions for which I expressly defer to Defendants' counsel.

In addition, I have reviewed the document attached as Exhibit B to the Declaration of Charles Cooke dated March 21, 2025 ("Cooke Dec."). I recall that I signed an identical or substantially identical document as that attached as Exhibit B to the Cooke Dec. in or around December 2024, though the compensation figure(s) may have been different, but I am not in possession of that signed document.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025

Signed by:

Nc Benedetto

4D07ACA8041845C...

Nicolas Benedetto