# Aaron J. Kesselman

| | |
|---|---|
| **From:** | Sims, Tyler <TSims@littler.com> |
| **Sent:** | Wednesday, March 19, 2025 11:44 AM |
| **To:** | Aaron J. Kesselman; Holden, West |
| **Cc:** | Michael Nullman; Missy M. Hernandez, FRP; Cynthia Reyes |
| **Subject:** | RE: Cybercoders v. Cooke and Benedetto; Follow up to call; Exhibits |
| **Attachments:** | Cybercoders-Cooke et al - Joint Trial Plan 4922-6053-8919 1.docx |

Hi Aaron,

Judge Cannon denied our request for expedited discovery prior to the hearing. We would be happy to stipulate to expedited discovery at the hearing for the parties to conduct after the hearing. However, we will not be exchanging an exhibit list or producing any documents you request prior to or at the hearing. This is a TRO hearing and the parties are responsible with producing their evidence in support or opposition to the TRO motion. For clarity, Ben and KC are not appearing as "corporate representatives" (as set forth in FRCP 30(b)(6)). They will be appearing in their capacities as employees of CyberCoders.

The Joint Trial Plan is attached for your review. Let us know if you have any changes. I will get back to you on the website issue and judicial notice request.

Thanks!

**Tyler Sims**
Shareholder
973.848.4747 direct, 727.430.0901 mobile, 973.741.2765 fax
TSims@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102

**From:** Aaron J. Kesselman <akesselman@nasonyeager.com>
**Sent:** Tuesday, March 18, 2025 8:16 PM
**To:** Sims, Tyler <TSims@littler.com>; Holden, West <WHolden@littler.com>
**Cc:** Michael Nullman <MNullman@nasonyeager.com>; Missy M. Hernandez, FRP <mhernandez@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** RE: Cybercoders v. Cooke and Benedetto; Follow up to call; Exhibits

Hi Tyler, thanks for the quick follow up.

Ideally, the documents under that header would be produced before the hearing, to be included in the hearing plan being filed tomorrow. Those are documents we would request in discovery (if not provided with initial disclosures), but because they relate to the issues involved in the evidentiary hearing, we would like them in advance of the hearing, for potential use at the hearing, but we do not have them.

So, if you will voluntarily provide them before the hearing, we would potentially use them at the hearing and include them in the hearing plan.  If they are already part of your exhibit list and you intend to use them at the hearing, I would appreciate you letting me know that.  If you are willing to provide them, but not in advance of the hearing, only at the hearing, please let me know.

Thank you,

Aaron

| | |
|---|---|
| **Aaron Kesselman**<br>Attorney at Law<br><br>Email: akesselman@nasonyeager.com<br>Web: www.nasonyeager.com<br>Tel: 561-686-3307 \| Fax:561-686-5442 | <br><br>3001 PGA Blvd., Suite 305 \|Palm Beach Gardens \|FL \|33410 |

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Sims, Tyler <TSims@littler.com>
**Sent:** Tuesday, March 18, 2025 7:46 PM
**To:** Aaron J. Kesselman <akesselman@nasonyeager.com>; Holden, West <WHolden@littler.com>
**Cc:** Michael Nullman <MNullman@nasonyeager.com>; Missy M. Hernandez, FRP <mhernandez@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** RE: Cybercoders v. Cooke and Benedetto; Follow up to call; Exhibits

Aaron,

I am a little confused.  Before responding more substantively, are you asking CyberCoders to produce the documents listed under "Cybercoders Corporate Records to Authenticate" at the hearing?

Thanks!

**Tyler Sims**
Shareholder
973.848.4747 direct, 727.430.0901 mobile, 973.741.2765 fax
TSims@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1085 Raymond Blvd, One Newark Center, 8th Floor, Newark, NJ 07102

**From:** Aaron J. Kesselman <akesselman@nasonyeager.com>
**Sent:** Tuesday, March 18, 2025 7:36 PM
**To:** Sims, Tyler <TSims@littler.com>; Holden, West <WHolden@littler.com>

**Cc:** Michael Nullman <MNullman@nasonyeager.com>; Missy M. Hernandez, FRP <mhernandez@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** Cybercoders v. Cooke and Benedetto; Follow up to call; Exhibits

**[EXTERNAL E-MAIL]**

Hi, West and Tyler:

Thanks for the call today.

To follow up on our discussion about a proposed exhibit list, which you mentioned you were not authorized to exchange with us at the time of our call, as I noted, there are certain documents that the Defendants would like to introduce at the hearing that would be within the possession, custody, or control of Cybercoders, either tangibly in California or stored on electronic servers in California.  Copies should suffice, assuming there is a duly authorized representative of Cybercoders to authenticate them (if they are not capable of being authenticated by the Defendants).  To that end, you mentioned Mr. Ben di Grazia and Mr. KC Brotherton should be able to authenticate documents and are appearing as corporate representatives of Cybercoders.  Should any of the non-exhaustively listed documents identified below as <u>Cybercoders Corporate Records to Authenticate</u> not be amenable to authentication by either of the witnesses identified above, please let me know who from Cybercoders can appear in Court on Monday at the hearing to authenticate them as we should add them to the witness list.

In addition to those documents, we are also providing a non-exhaustive list of other proposed exhibits (some of which we discussed) that we would like to enter without objection, so please let us know if you object or consent.  We are hopeful you will share your exhibit list as well to facilitate the hearing and get to the merits of the dispute.

<u>Cybercoders Corporate Records to Authenticate</u>

- Year-over-year annual revenue records since January 2019
- Internal metrics relating to Cybercoders stake/% of market share before and after Defendants left Cybercoders' employ
- Corporate records relating to the office locations for all the individuals Cybercoders refers to as "Poached Employees" (a characterization we reject) in the court filings in this matter, as well as for both Defendants, for each year of their respective employments with Cybercoders
- Employee roster showing the numerical amount of Cybercoders employees who have left Cybercoders since January 1, 2024

<u>Website</u> (based on our call, Mr. Brotherton should be able to testify about this; if not, please let us know who from Cybercoders can so testify at the hearing)

- Cybercoders.com (homepage) (attached)
- Cybercoders.com/terms (attached)

<u>Court Filings</u> (and please advise if you consent to the relief requested in the attached request for taking of judicial notice that we intend to file in advance of the hearing)

- ECF No. 25 in Case 4:21-cv-04201-LLP, USDC District of South Dakota, Southern Division (attached)

- ECF No. 20 in Case 4:21-cv-04201-LLP, USDC District of South Dakota, Southern Division (to the extent incorporated into ECF No. 25 by reference) (attached)

As mentioned, and to comport with Tyler's point, this is a non-exhaustive list of documents we may introduce as exhibits at the hearing.  If we are unable to obtain the first category of documents, that fact may be something to include in the joint hearing plan as it may affect the course of this proceeding.

Thank you.

Aaron

**Aaron Kesselman**
Attorney at Law

Email: akesselman@nasonyeager.com
Web: www.nasonyeager.com
Tel: 561-686-3307 | Fax:561-686-5442



3001 PGA Blvd., Suite 305 |Palm Beach Gardens |FL |33410

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.